In the Matter of TYRONE HOUSTON, Appellant, v MATTHEW J. D'EMIC et al., Respondents.

Submitted July 11, 2011; decided September 13, 2011

Motion to vacate this Court's June 15, 2011 dismissal order denied [see 17 NY3d 790 (2011)].

In the Matter of ISLAND WASTE SERVICES, LTD., Appellant, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Submitted June 20, 2011; decided September 13, 2011

Judge PIGOTT taking no part.

In the Matter of NIAGARA COUNTY, on Behalf of its Residents, et al., Appellants, v POWER AUTHORITY OF STATE OF NEW YORK et al., Respondents.

Submitted May 16, 2011; decided September 13, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order which denied petitioners' motion for leave to serve a complaint and discovery demands, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.